# IN THE SUPREME COURT OF THE STATE OF NEVADA

VEREEN DICKSON,
                    Appellant,
vs.
NEVADA ASSOCIATION SERVICES, INC., A NEVADA CORPORATION; TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION, A NEVADA NON-PROFIT CORPORATION; AND GRANEMORE STREET TRUST, AN UNKNOWN ENTITY,
                    Respondents.

No. 67754

FILED

FEB 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a writ of restitution. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

On November 5, 2015, this court entered an order granting appellant's request to discharge her counsel and to proceed in pro se. We placed this appeal in the court's civil pilot program for parties proceeding without counsel and directed appellant to file a proper person appeal statement within 40 days. The proper person appeal statement was therefore due December 15, 2015. We cautioned appellant that failure to file the proper person appeal statement would result in dismissal of this appeal. Appellant failed to file the civil proper person appeal statement, and on January 6, 2016, we entered another order directing appellant to file the document within 15 days. To date appellant has not filed the civil

16-05238

proper person appeal statement. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:  Hon. Gloria Sturman, District Judge
Robert F. Saint-Aubin, Settlement Judge
Vereen Dickson
Law Offices of Michael F. Bohn, Ltd.
Law Offices of Richard Vilkin, P.C.
Leach Johnson Song & Gruchow
Eighth District Court Clerk